### 12865.  STOUFER *v.* MISSENHEIMER.

LUKE, J. This case has before been here for review, and is reported in 26 *Ga. App.* 554 (106 S. E. 560). The court did not err in overruling and denying the certiorari.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 8, 1922. REHEARING DENIED APRIL 11, 1922.

Certiorari; from Fulton superior court — Judge Pendleton. June 15, 1921.

*Morris Macks, J. O. Wood, S. A. Massell,* for plaintiff.
*McCallum & Sims,* for defendant.

---

### 13038.  FLOURNOY *v.* THE STATE.

LUKE, J. The evidence was insufficient to show the defendant's guilt beyond a reasonable doubt. It was, therefore, error to overule the motion for a new trial.

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 8, 1922.

Indictment for burglary; from Putnam superior court — Judge Park. October 24, 1921.

*Stubbs & Duke,* for plaintiff in error.
*Doyle Campbell, solicitor-general, A. Y. Clement,* contra.